**ATTORNEY GRIEVANCE COMMISSION**    **\***    **IN THE**
**OF MARYLAND**

     **\***    **COURT OF APPEALS**

**v.**      **\***    **OF MARYLAND**

     **\***    **Misc. Docket AG No. 11,**
**EDWARD EMAD MOAWAD and**    **September Term, 2020**
**GEORGE R. ADAMS**      **\***

     **(No. 481259-V, Circuit**
     **\***    **Court for Montgomery**
     **County)**

## C O R R E C T E D   O R D E R

The Attorney Grievance Commission of Maryland, Petitioner, previously filed a Petition for Disciplinary or Remedial Action jointly against Edward Emad Moawad, a member of the Bar of this Court, and George R. Adams, a non-member of the Bar of this Court, as captioned above. By the Court's Order dated April 9, 2020, the charges contained in the petition were transmitted, pursuant to Maryland Rule 19-722(a), to the Circuit Court for Montgomery County to be heard and determined by Judge Cheryl A. McCally of the Sixth Judicial Circuit in accordance with Maryland Rule 19-727.

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, George R. Adams, to suspend Respondent Adams indefinitely from the practice of law in Maryland as an attorney not admitted to the Bar of this Court, it is this 17th day of September, 2020

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, George R. Adams, be indefinitely suspended from the practice of law in the State of Maryland for

engaging in professional misconduct that violated Rules 1.1, 1.3, 1.4(a)(2)-(3) and (b), 1.16(d), and 5.3(b) of the Maryland Lawyers' Rules of Professional Conduct in effect prior to July 1, 2016, and Rules 1.1, 1.4(a)(2)-(3) and (b), 5.3(b), 8.1(a), and 8.4(a), (c) and (d) of the Maryland Attorneys' Rules of Professional Conduct in effect since July 1, 2016; and it is further

**ORDERED**, that the Clerk of this Court shall place the name of George R. Adams on a list maintained by the Court of non-admitted attorneys who are excluded from exercising in any manner the privilege of practicing law in this State; and it is further

**ORDERED**, that the Clerk of this Court shall forward copies of this order in accordance with Maryland Rule 19-742(g) and give the notice required by Rule 19-707(e) as to George R. Adams; and it is further

**ORDERED**, that judgment is hereby entered in favor of the Attorney Grievance Commission of Maryland against George R. Adams in the amount of $648.20; and it is further

**ORDERED**, that the Court's transmittal Order of April 9, 2020 remains in effect with respect to the charges set forth in the Petition for Disciplinary or Remedial Action against Edward Emad Moawad.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk